Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Norman Eugene Calaway

Docket No. 0:02CR00321-001

# HEARING WAIVER

I, Norman Eugene Calaway, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Norm Calaway

Norman Eugene Calaway
Supervise Releasee

Witness:

Karen L. Godin
U.S. Probation Officer

Dated: 10-16-07

SCANNED
OCT 17 2007
U.S. DISTRICT COURT MPLS